### Essa GYE, Petitioner,

v.

### John ASHCROFT, U.S. Attorney General, Respondent.

No. 03–61069.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Sept. 10, 2004.

Paul S. Zoltan, Law Office of Paul S. Zoltan, Dallas, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Andrew Cunningham MacLachlan, John Ashcroft, Caryl G. Thompson, Washington, DC, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM: *

Essa Gye, a native and citizen of Gambia, petitions for review of an order from the Board of Immigration Appeals ("BIA") affirming the immigration judge's ("IJ") decision finding Gye removable for falsely claiming United States citizenship. Gye argues that there is no evidence in the

record to show that he claimed to be a United States citizen, as opposed to a United States national, when he checked the "citizen or national" box on the Employment Eligibility Verification (I–9) form. However, Gye has not shown that the evidence compels a conclusion contrary to that of the IJ.[1] Accordingly, Gye's petition for review in DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See Lopez De Jesus v. INS, 312 F.3d 155, 158–59 (5th Cir.2002); Carbajal–Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir.1996).